**456**

*Cecil D. Franklin,* for plaintiffs.   *Mundy & Mundy,* for defendants.

## CLARK *v.* CLARK.

ATKINSON, Presiding Justice.   The brief filed in this court for the plaintiff in error having omitted argument and expressed a desire "to abandon the appeal," the writ of error is dismissed.

> *Writ of error dismissed.   All the Justices concur.*

No. 12197.   FEBRUARY 17, 1938.

*R. C. Johnson,* for plaintiff in error.

*J. W. Culpepper, Little, Powell, Reid & Goldstein,* and *B. D. Murphy,* contra.